# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       VS                                      CASE NO.  4:96-CR-69-02 RLH

DANIEL D. WHEELIS

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __ Fine, _X_ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:_____Daniel D. Wheelis #10559-017_____ (Payee)
Address:   USP Leavenworth
              PO Box 1000
              Leavenworth, KS 66048

Receipt Numbers __802 107149-05__ Date of Receipts __04/12/05__

Motion: N/A

Explanation: Daniel Wheelis was ordered to pay restitution in the amount of $2,352.00, jointly and severally with co-defendants.  The restitution has been jointly and severally paid.  On April 12, 2005, $25.00 was received from the March 2005 Bureau of Prisons report. Resulting in an overpayment of $25.00.  Requesting authorization to refund the overpayment of $25.00 to Mr. Wheelis and any additional money we may receive from him in this case. There may be a timing difference in the Bureau of Prisons stopping the payments from Mr. Wheelis account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: _____*s/Philip Detweiler*_____
              Philip Detweiler, Financial Specialist        Date:  June 1, 2005

## ORDER OF COURT

It is ORDERED this <u>1st</u> day of <u>June</u>, 2005, that the Clerk refund the identified funds to co-defendant Pamela Jo Warner, for the reasons set forth in the separate order entered this date.

                                              s/Robert L. Hinkle_____
                                              Chief United States District Judge

Adopted: 12/03/99