## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        VS                                   CASE NO.  4:96-CR-69-02 RLH

    DANIEL D. WHEELIS

### FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: ___ Fine, _X_ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____ Daniel D. Wheelis #10559-017 _____ (Payee)
Address:   USP Leavenworth
             PO Box 1000
             Leavenworth, KS 66048

Receipt Numbers ___802 107149-05___ Date of Receipts ___04/12/05_____

Explanation: On June 1, 2005, an order was issued (document 210) to refund the $25.00 overpayment by Daniel Wheelis, received from the March 2005 Bureau of Prisons (BOP) report, to be refunded to Pamela Warner.  The prison in Leavenworth, KS just called and said that Mr. Wheelis was sentenced in the Eastern District of Arkansas on June 23, 2004, to pay a special assessment and restitution.  They informed me that they had coded his payments to be sent to the North District of Florida instead of the Eastern District of Arkansas.  They also said that they just held out $25.00 for the June 2005 BOP report which we will receive in July.

The prison requested that the $25.00 from the March 2005 BOP report, as well as the $25.00 from the June 2005 BOP report be sent to the Eastern District of Arkansas.

Requesting authorization to send the funds to Eastern District of Arkansas instead of Pamela Warner.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: _____*s/Philip Detweiler*_____
               Philip Detweiler, Financial Specialist         Date:  June 17, 2005

### ORDER OF COURT

It is ORDERED this 16th day of June, 2005, that the Clerk refund the identified funds to the Eastern District of Arkansas.

APPROVED_____X_____

DENIED_____

                              s/Robert L. Hinkle_____
                              Chief United States District Judge

Adopted: 12/03/99